
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | FILED |
|---|---|
| Pritish Vora<br>27758 Santa Marg. Pkwy, #530<br>Misssion Viejo, CA 92691<br>(949) 292-8359 | 2020 FEB 21  PM 3:01<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>SANTA ANA |
| ATTORNEY(S) FOR: | BY_____ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| Pritish Vora | Plaintiff(s), | SACV20-00366 DOC (KESx) |
| v. | | |
| PNC BANK, N.A. | Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Pritish Vora_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Pritish Vora | Plaintiff |
| PNC BANK, N.A. | Defendant |

February 21, 2020
Date

Signature: *[signed] Pritish Vora*

Attorney of record for (or name of party appearing in pro per):

Pritish Vora