Pritish Vora
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
949-292-8359
Plaintiff in Pro Per

FILED
2020 MAR 10 PM 1:54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY____EV____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Pritish Vora, | Case No.: 8:20-cv-00366 AG (KESx) |
|---|---|
| Plaintiff, | **NOTICE OF PROOF OF SERVICE** |
| vs. | [F.R.Civ.P. 4] |
| PNC BANK, N.A., | |
| Defendant. | |

COMES NOW Plaintiff, Pritish Vora ("Plaintiff"), by way of Pro Se, hereby files with the Honorable Court the duly executed PROOF OF SERVICE as to defendant PNC BANK, N.A. ("PNC").

The following documents were served to defendant PNC in the above-captioned matter <u>on March 2, 2020</u>: Complaint (Doc 1), Civil Cover Sheet (Doc 1-1), Summons (Doc 2), Certification and Notice of Interested Parties (Doc 3), Notice of Assignment to United States Judges (Doc 4), and Notices to Parties of Court-directed ADR Program (Doc 5).

The Court issued an INITIAL STANDING ORDER <u>on March 1st</u> (Doc 6), but Plaintiff did not see it prior to serving the initial case-initiating documents. The Honorable David O. Carter states in the ORDER in part, quoted verbatim:

"Plaintiff's counsel or plaintiff (if appearing on his or her own behalf) **shall immediately serve this Order on all parties**, including any new parties to the action." (Emphasis supplied).

Plaintiff immediately contacted the process server in Pennsylvania, and the INITIAL STANDING ORDER was served to defendant PNC on March 5, 2020.

On March 6, 2020, Plaintiff spoke with Cathy L. Granger, counsel for PNC, who let Plaintiff know that PNC was being represented, and Plaintiff also was able to confirm that ALL case-initiating documents *including* the Court's INITIAL STANDING ORDER were properly served upon defendant PNC.

WHEREFORE, based on the foregoing, Plaintiff attaches herewith the ORIGINAL SUMMONS, and ORIGINAL PROOF OF SERVICE dated March 2, 2020 and March 5, 2020 from the process server, thereby effecting proper service pursuant to F.R.Civ.P. 4, 5 and L.R. 5-3.1.2.

Respectfully submitted on this day of ___March 10, 2020___

_/s/ Pritish Vora_

Pritish Vora, Plaintiff, Pro Se
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
949-292-8359
pvora2112@gmail.com

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing document(s) with the Clerk of the Court and mailed a copy via United States Postal Service first class mail to the party below:

Cathy L. Granger, (CA Bar # 156453)

Wolfe & Wyman LLP

2301 Dupont Drive

Suite 300

Irvine, CA  92612

(949) 475-9200

clgranger@ww.law

*[signature]*

Pritish Vora, Plaintiff, Pro Se

27758 Santa Marg. Pkwy, #530

Mission Viejo, CA  92691

949-292-8359

pvora2112@gmail.com

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Pritish Vora <br><br> *Plaintiff(s)* <br> v. <br> PNC BANK, N.A. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> **SACV 20 - 00366 DOC(KESx)** <br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>   PNC BANK, N.A.
>   500 1st Ave.
>   Pittsburg, PA 15219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>   Pritish Vora
>   27758 Santa Marg. Pkwy, #530
>   Mission Viejo, CA  92691

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 21 2020

E. Vargas
*Signature of Clerk or Deputy Clerk*

1146

# Proof of Service

I, Jaison Hickey, a Pennsylvania State Constable, badge number 4015, who is over 18 years of age and not a party to this action, served the following document(s):

_Complaint & Summons; Civil Cover Sheet; Certification & Notice of Interested Parties; Notice of Assignment to US Judges; Notice to Parties Court-Directed ADR Program_

I personally served the following person(s) at the address, date, and time stated:

**Defendant**

Signature: _____

Name: PNC BANK

Address: _____

_____

Phone: _____

Date: _____

Time: _____

**Person served if not Defendant**

Signature: _(signed)_

Name: Tabitha Grzewicz
Ops Team Lead

Address: 500 1st Ave

Pgh PA 15219

Phone: Unknown

Date: 03/02/2020

Time: 15:45

☐ *Document posted at address listed above*
☐ *Document served to individual listed above*
☐ *Individual listed above refused to sign Proof of Service*

I declare under penalty of perjury laws of the State of Pennsylvania that the foregoing is true and correct.

_(signed)_ PSC 4015                    03/02/2020
Jaison R. Hickey                         Date
Pennsylvania State Deputy Constable
Badge 4015

# Proof of Service

I, Jaison Hickey, a Pennsylvania State Constable, badge number 4015, who is over 18 years of age and not a party to this action, served the following document(s):

_Initial Standing order Following Assignment of Civil Case to Judge Carter_

I personally served the following person(s) at the address, date, and time stated:

**Defendant**

Signature: _____

Name: _____PNC_____

Address: _____

_____

Phone: _____

Date: _____

Time: _____

**~~Person served if not Defendant~~**

Signature: _____[signature]_____

Name: _____REDENA Crockett_____

Address: _____500 1st Ave_____

_____Pgh PA 15219_____

Phone: _____Unknown_____

Date: _____03/05/2020_____

Time: _____± 13:50 hrs_____

☐ *Document posted at address listed above*
☐ *Document served to individual listed above*
☐ *Individual listed above refused to sign Proof of Service*

I declare under penalty of perjury laws of the State of Pennsylvania that the foregoing is true and correct.

_[signature]_                                   _03/05/2020_
**Jaison R. Hickey**                              Date
Pennsylvania State Deputy Constable
Badge 4015