**Cathy L. Granger (SBN 156453)**
*clgranger@ww.law*
**WOLFE & WYMAN LLP**
**2301 Dupont Drive, Suite 300**
**Irvine, California 92612-7531**
Telephone:  (949) 475-9200
Facsimile:   (949) 475-9203

**Attorneys for Defendant**
**PNC BANK, N.A.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITISH VORA,<br>          Plaintiff,<br>     v.<br>PNC BANK, N.A.,<br>          Defendant. | **Case No.** 8:20-cv-00366-DOC-KES<br><br>**Hon. David O. Carter**<br><br>**DEFENDANT PNC BANK, N.A.'S NOTICE OF INTERESTED PARTIES**<br><br>*[L.R. 7.1-1]* |

**TO THE HONORABLE COURT AND TO PLAINTIFF HEREIN:**

   Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1, the undersigned counsel for Defendant PNC Bank, N.A. doing business in its own name and as PNC Mortgage ("PNC") certifies that the following listed associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (2) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

   PNC Bank, National Association is a national banking association and a wholly owned subsidiary of PNC Bancorp, Inc., a Delaware holding company.  PNC Bancorp, Inc. is a wholly owned subsidiary of the PNC Financial Services, Group,

Inc., which is a Pennsylvania corporation.  The PNC Financial Services Group, Inc. is a publicly held corporate entity.

DATED:  March  23, 2020    WOLFE & WYMAN LLP

By:     /s/  Cathy L. Granger
     CATHY L. GRANGER
Attorneys for Defendant
**PNC BANK, N.A.**