1  Pritish Vora
2  27758 Santa Marg. Pkwy, #530
3  Mission Viejo, CA  92691
4  949-292-8359
5  Plaintiff in Pro Per
6
7
8



FILED
CLERK, U.S. DISTRICT COURT

May 6, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KD___ DEPUTY

9         **UNITED STATES DISTRICT COURT**
10        **CENTRAL DISTRICT OF CALIFORNIA**
11

12  Pritish Vora,                          Case No.: 8:20-cv-00366-DOC-KES
13             Plaintiff,                   **PLAINTIFF'S DECLARATION IN**
14       vs.                                **SUPPORT OF OPPOSTION TO**
15  PNC BANK, N.A.,                         **DEFENDANT'S MOTION TO**
16             Defendant.                   **STRIKE PORTIONS OF FIRST**
17                                          **AMENDED COMPLAINT**
18
19                                          **Date: June 15, 2020**
20                                          **Time: 8:30am**
21                                          **Place: Courtroom 9D**
22
23                                          **Hon. David O. Carter**
24
25
26  COMES NOW, Plaintiff, Pritish Vora ("Plaintiff"), by way of Pro Se, files with the
27  Honorable Court his DECLARATION IN SUPPORT OF OPPOSITION to strike
28  portions of his first amended complaint ("FAC"), and states as follows:

**DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE FAC**

1.      Declarant is the Plaintiff in the above-entitled case.

2.      Declarant has personal knowledge of the facts, and, if called as a witness, Declarant could and would competently testify thereto.

3.      Declarant attempted to resolve the FCRA cause of action filed in this Honorable Court through correspondence via e-mail and telephone with opposing counsel from March 31, 2020 and up through April 6, 2020, in compliance with F.R.Civ.P. 1, and to reduce the cost of litigation.

4.      Declarant and counsel were unable to come to a mutual agreement and thus Declarant filed the FAC with the extra exhibits and Affidavit.

5.      Declarant received an e-mail from counsel on April 20, 2020 advising Declarant that PNC was preparing its response [to the FAC], and intended to file a motion to strike, requesting Declarant to stipulate removing specific paragraphs.

6.      Declarant carefully reviewed the e-mail from counsel regarding the request to stipulate removing the specific paragraphs, and sent counsel an e-mail in response on April 21, 2020 with the subject line titled "OPPOSITION TO FILE 12(f)," and denied the request to stipulate.

7.      Declarant opposed the filing of a Rule 12(f), and indicated to counsel that the caption page should read as "OPPOSED."  Declarant also advised that Declarant would respond in opposition to the motion to strike.

8.      Declarant was not informed by counsel that PNC would also file counterclaims with its response in addition to the motion to strike.

9.      Declarant sent an e-mail to counsel on April 29, 2020 with a preliminary draft of the case management report, **including a statement in compliance with item #5** in the Order Setting Scheduling Conference **requiring** a statement of what settlement discussions have occurred.  (Emphasis added).

10.     Declarant received an e-mail from counsel on May 1, 2020, indicating that counsel would also be working on the case management report and would get back to Declarant in a few days.

**DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE FAC**

1    11.    Declarant plans to file the joint 26(f) report in compliance with the
2  COURT ORDER.

3

4        I declare under penalty of perjury that the foregoing is true and correct.
5  Executed on May 4, 2020, in Mission Viejo, CA.

6

7

8                        Pritish Vora, Plaintiff, Pro Se

**DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE FAC**

## <u>CERTIFICATE OF SERVICE</u>

I certify that I mailed the foregoing document to the Clerk of the Court via USPS Priority Mail with tracking on May 4, 2020, and a copy via United States Postal Service first class postage prepaid was mailed to the party below:

Cathy L. Granger, (CA Bar # 156453)

Wolfe &Wyman LLP

2301 Dupont Drive

Suite 300

Irvine, CA  92612

(949) 475-9200

clgranger@ww.law

Pritish Vora, Plaintiff, Pro Se

27758 Santa Marg. Pkwy, #530

Mission Viejo, CA  92691

949-292-8359

pvora2112@gmail.com

**DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE FAC**

PRITHEN VARA
27258 SANTA MARG. PKWY
E530
MISSION VIEJO, CA 92691

* TIME SENSITIVE*
PLEASE FILE ON DOCKET
Thank you!

CLERK OF THE COURT
255 E. TEMPLE ST.
SUITE TS-134
LOS ANGELES, CA 90012-3332

KES

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018. All rights reserved.

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY
★ MAIL ★

FROM: PRITISH VORA
27958 SANTA MARG. PKWY
#530
MISSION VIEJO, CA 92691

TO: CLERK OF THE COURT
255 E. TEMPLE ST.
SUITE TS-134
LOS ANGELES, CA
90012 - 3332

Label 228, March 2016      FOR DOMESTIC AND INTERNATIONAL USE

RECEIVED
MAY - 7 2020
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION   BY DEPUTY

CLERK, U.S. DISTRICT COURT
RECEIVED
MAY - 6 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

Retail

UNITED STATES POSTAL SERVICE®

P

US POSTAGE PAID
$7.75

PRIORITY MAIL 1-DAY®

0 Lb 7.80 Oz
1006

Origin: 92690
05/04/20
0568460560-08

C032

EXPECTED DELIVERY DAY: 05/05/20

SHIP
TO:
255 E TEMPLE ST
STE 134
LOS ANGELES CA 90012-3309

USPS TRACKING® NUMBER

9505 5163 3489 0125 6561 51

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

• When used internationally,
a customs declaration
label may be required.

* Domestic only

P S 00001000014

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This envelope is made from post-consumer waste. Please recycle - again.



UNITED STATES
POSTAL SERVICE®

PRIORITY®
MAIL

TRACKED*
★ ★
INSURED* ★

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

* Domestic only.  ✕ For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.