```
1  Pritish Vora
2  27758 Santa Marg. Pkwy, #530
3  Mission Viejo, CA  92691
4  949-292-8359
5  Plaintiff in Pro Per
```

FILED
CLERK, U.S. DISTRICT COURT
MAY 22 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pritish Vora,<br>　　　　Plaintiff,<br>　　vs.<br>PNC BANK, N.A.,<br>　　　　Defendant.<br>_____<br>PNC BANK, N.A.,<br>　　　　Counter-Claimant,<br>　　vs.<br>Pritish Vora,<br>　　　　Counter-Defendant | Case No.: 8:20-cv-00366-DOC-KES<br>**VORA'S NOTICE OF MOTION TO DISMISS COUNTER-CLAIMS FILED BY PNC**<br>L.R. 6-1<br><br>**Hearing Date: Mon. June 22, 2020**<br>**Time: 8:30am**<br>**Court Room 9D**<br>**Hon. David O. Carter** |

## TO THE HONORABLE COURT AND TO ALL PARTIES:

Please take NOTICE that on <u>Monday, June 22, 2020 at 8:30am</u>, or as soon as thereafter as this matter may be hard in the above-entitled Court located at the Ronald Reagan Federal Building, United States Courthouse, 411 W. 4th Street, Santa Ana, CA, Counter-Defendant, Pritish Vora, ("Vora"), by way of Pro Se, will move the Court to DISMISS the Counter-Claims filed by Counter-Claimant PNC BANK, N.A. ("PNC").

This motion is based upon the following documents: The complete files and records in this action, a MEMORANDUM IN SUPPORT OF THE MOTION with Points and Authorities, a sworn DECLARATION by Vora, and EXHIBITS, filed contemporaneously with this NOTICE.

This motion is made following a "NOTICE TO MEET AND CONFER" letter sent by Vora to counsel representing PNC on May 11, 2020 (See attached herewith, marked as Exhibit A), and a follow-up between the parties pursuant to L.R. 7-3, which took place via telephone on May 12, 2020.

Respectfully submitted on this day of ___May 21, 2020___

By: Pritish Vora, Pro Se

*Pritish Vora*

Pritish Vora
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA  92691
(949) 292-8359
pvora2112@gmail.com

## CERTIFICATE OF SERVICE

I certify that I mailed the foregoing document to the Clerk of the Court via USPS Priority Mail with tracking on May 21, 2020, and a copy via United States Postal Service first class postage prepaid was mailed to the party below:

Cathy L. Granger, (CA Bar # 156453)
Wolfe &Wyman LLP
2301 Dupont Drive
Suite 300
Irvine, CA  92612
(949) 475-9200
clgranger@ww.law

*[signature]*

Pritish Vora, Plaintiff, Pro Se
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA  92691
949-292-8359
pvora2112@gmail.com

# Exhibit A

**Sent via e-mail and first-class mail with proof of service on May 11, 2020**
**Re: NOTICE pursuant to Local Rule 7-3**

Dear Ms. Granger,

      I hereby provide you with NOTICE that I intend to file a motion to dismiss the counter claims filed by PNC, as PNC has engaged in a deliberate and deceptive scheme regarding the filing of these counter claims, in possible violation of the Federal Rule of Civil Procedure 11(b), and that PNC may have even committed **"Fraud Upon The Court."** (Emphasis added).

      PNC has misrepresented that there was an account number ending in "4004" which it lists as "original account" in the counter claim that _changed_ to account number ending in "0926" which it lists as the "second account." PNC knows (and should know) **that it is now buried in its own fabrications**. (Emphasis added).

      The so-called "application" that PNC refers to in the counter claim was a screen shot provided by PNC to the CFPB in response to a complaint with the Federal Agency. The NCB account number ending in "4004" is a completely separate credit card and has no relation to the account number ending in "0926." PNC failed to show, despite repeated demands, an application or an applicable, signed agreement for account number ending in "0926." It is PNC, _not_ me, that created the "ruse," first to the CFPB, a federal agency, and has now transmitted the ruse to THIS Honorable Federal Court by filing such frivolous counter claims.

      There was no "reporting of #4004 as lost or stolen" in 2006, which is just a story concocted by PNC to the CFPB. Indeed, I **denied** that I ever reported a card "lost or stolen" in an affidavit in the FCRA suit. (Emphasis added). Now, PNC has _changed its story_ from a card being "reported lost or stolen" to a card having "irregular activity." The account number ending in "4004" dropped off the Experian credit report in September of 2017, because it was CLOSED in September of 2007.

  <u>The four causes of action ALL fail as a matter of law</u>. PNC has <u>failed</u> to show, and cannot show, a "breach of contract" claim, as PNC has <u>failed</u> to provide any signed, applicable agreement for the account number ending in "0926." PNC has <u>failed</u> to show, and cannot show, an "open book" claim as there was no final balance that was owed, due and struck, except for a $0.00 balance. PNC has <u>failed</u> to show, and cannot show, any "account stated" claim, since I rejected the "account stated" upon providing NOTICE to the CEO of PNC, William S. Demchak, after which there were NO further monthly account statements being sent. PNC has failed to show, and cannot show, a "fraud" claim as PNC has <u>failed</u> to meet the heightened pleading requirements pursuant to F.R.Civ.P. 9(b). There is/was no signed applicable agreement provided, and any prior alleged offers to contract were **DENIED**. (Emphasis added).

  In fact, PNC sent an account statement to the CFPB, as a result of my FIRST complaint. PNC represented to the CFPB that the account statement for the Account was "the most recent statement for the Account" **which showed a $0.00 balance.** (Emphasis added).

  I have already cited prior cases where Courts have rejected the notion of inapplicable post-dated agreements, <u>unsigned</u> agreements, and "usage of the card" theory as a means to prove an alleged debt.

  Finally, it has been just over THREE YEARS since I sent my first NOTICE to the CEO, and as of today, neither Mr. Demchak nor any of his agents have been able to state a claim for relief, because PNC lacks standing to make such claims. PNC is operating without integrity, and continues to operate in default and dishonor.

WHEREFORE, based on the foregoing, I respectfully request that your client withdraw its counter claims immediately upon receipt of this NOTICE. Otherwise, your client leaves me with no other choice other than to file a Rule 12(b)(6) and move the Court to DISMISS WITH PREJUDICE the counter claims.


Regards,


Pritish

PRIORITY MAIL
POSTAGE REQUIRED

PRIORITY®

UNITED STATES
POSTAL SERVICE.

Retail

US POSTAGE PAID
$7.75
Origin: 92690
05/21/20
0568460560-11

PRIORITY MAIL 1-DAY ®

1 Lb 2.10 Oz
1006

EXPECTED DELIVERY DAY: 05/22/20

C032

255 E TEMPLE ST
LOS ANGELES CA 90012-3332

USPS TRACKING®NUMBER



9505 5163 3488 0142 6219 66

FROM: PRIORITY MAIL

UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:

Pritish Vora
27758 Santa Marg. Pkwy
#530
Mission Viejo, CA 92691



DOC

TO:

Clerk of the Court
255 E. Temple St.
Suite TS-134
Los Angeles, CA
         90012-3332

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 26 2020
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION   BY DEPUTY

Label 228, March 2016       FOR DOMESTIC AND INTERNATIONAL USE