Pritish Vora
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
949-292-8359
Plaintiff in Pro Per



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pritish Vora,<br>　　　Plaintiff,<br>vs.<br>PNC BANK, N.A.,<br>　　　Defendant.<br><br>PNC BANK, N.A.,<br>　　　Counter-Claimant,<br>vs.<br>Pritish Vora,<br>　　　Counter-Defendant | Case No.: 8:20-cv-00366-DOC-KES<br>**VORA'S DECLARATION AND EXHIBITS IN SUPPORT OF MOTION AND TO DISMISS COUNTER-CLAIMS FILED BY PNC**<br>L.R. 7-6<br><br>**Hearing Date: Mon. June 22, 2020**<br>**Time: 8:30am**<br>**Court Room 9D**<br>**Hon. David O. Carter** |

COMES NOW, Pritish Vora, Counter-Defendant, ("Vora"), by way of Pro Se, files with the Honorable Court his DECLARATION IN SUPPORT OF MOTION TO DISMISS the Counter-Claims filed by PNC Bank, N.A. ("PNC") (Doc 20), and states as follows:

1.    Declarant is the Counter-Defendant in the Counter-Claim, (hereinafter "Declarant, or "Vora").

2.    Declarant has personal knowledge of the facts, and, if called as a witness, Declarant could and would competently testify thereto.

3.    Declarant conducted a "meet and confer" with opposing counsel, first by e-mail on May 11, 2020, and then by follow-up telephone call on May 12, 2020.

4.    Declarant requested PNC's counsel to withdraw the Counter-Claims.

5.    Declarant was unable to resolve the issues with counsel without resorting to motion, and thus brings forth his notice, memorandum in support of motion, and declaration in support of motion.

6.    Declarant made several attempts in writing to PNC in April 2017 to obtain the original documentation (i.e., an original, true correct and complete certified copy of a signed applicable Cardholder Agreement regarding account number ending in #0926).

7.    Declarant filed a complaint with the Consumer Financial Protection Bureau ("CFPB"), on December 8, 2017 against PNC, referenced by Complaint Number 171208-2697102, regarding PNC's failure to answer Vora's demands. (See receipt of filing, Exhibit A, attached herewith).

8.    Declarant received from PNC through the CFPB (in response to the first CFPB complaint) an unsigned, non-notarized, partial National City agreement with no copyright date, and an unsigned, generic, non-notarized, generic PNC Customer Agreement copyright 2013 which on page 1, stated **"Examples in this Agreement are for illustration purposes only and are not contract terms."** (Emphasis added). Declarant DENIED these were the "applicable" agreements.

9.    Declarant filed a second complaint with the CFPB on March 23, 2018 against PNC, referenced by Complaint Number 180323-2974320, labeled as "false statements or representations" in response by PNC to the first Complaint Declarant filed with the CFPB. (See receipt of filing, Exhibit B, attached herewith).

10. Declarant hereby attaches a computer-generated screen shot dated December 15, 2017 that PNC sent to Vora in response to Vora's first complaint with the CFPB, showing information pertaining to "ACCT # 43199660077044004" with "LMT 00100" (i.e., $1,000 credit limit) that was transferred by "OFFER FROM EXIST SEC 4489006577001554." (See attached herewith, Exhibit C).

11. Declarant recalls that the account number ending in #1554 was a very old secured card which eventually became an unsecured card ending in #4004 on or around July of 2005.

12. Declarant attaches herewith an Experian Report showing the account number ending in #4004 was voluntarily CLOSED by Vora in September of 2007, as stated in the MOTION TO DISMISS. (See attached herewith, Exhibit D).

13. Declarant filed the second complaint with CFPB due to PNC claiming that Vora reported "#4004" as "lost/stolen" in August of 2006, and for PNC failing to provide the true, complete, certified copy of the original, signed applicable cardholder agreement for the actual account number in dispute ending in #0926.

14. Declarant, in his second complaint to CFPB, informed PNC that the claim by PNC of the account number ending in #4004 being "lost/stolen" was a **"BOLD FACED LIE."** (Emphasis added).

15. Declarant informed PNC in the second complaint to CFPB that the Experian Report shows the account number ending in #4004 was NOT the same as the account number ending in #0926, as the account numbers were unrelated.

16. Declarant demanded strict proof from PNC of the account number ending in #4004 was reported "lost/stolen" but Declarant received a response from PNC that documentation relating to reports of it being "lost/stolen" were "purged."

17. Declarant provided feedback to CFPB regarding PNC and its false statements and misrepresentations, and Declarant received an automated response that the CFPB received Vora's feedback, and that Vora's complaint was added to a database "shared with FTC and other law enforcement agencies."

DECLARATION IN SUPPORT OF MOTION TO DISMISS COUNTER CLAIMS

18. Declarant demanded once again the ORIGINAL documents directly from the PNC executive office regarding the account number ending in #0926 (i.e., the account number with the disputed alleged debt), and in May 22, 2018, Declarant received a response from PNC stating **"There is no application for the Account ending in #0926."** (Emphasis added).

19. Declarant made at least three written offers of presentment to PNC, directly to its CEO, William S. Demchak, in order to provide Vora with actual "VERIFICATION" of account number ending in #0926 (See Exhibit E, titled "AFFIDAVIT: VERIFICATION OF DEBT").

20. Declarant did NOT receive a written response from either CEO Demchak or any of his agents, despite multiple written offers of presentment. It therefore became clear to Declarant that PNC was NOT going to answer any of Vora's specific demands regarding the account number ending in #0926.

21. Declarant repeatedly DENIED he owed an alleged debt to PNC.

22. Declarant did NOT receive any demand on "account stated" or "open book" from PNC regarding the alleged "balance" mentioned in the Counter Compl.

23. Declarant does not owe any alleged debt to PNC for the "balance" mentioned in the Counter Compl.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2020, in Mission Viejo, CA.

_____
Pritish Vora, Counter-Defendant, Pro Se

# CERTIFICATE OF SERVICE

I certify that I mailed the foregoing document to the Clerk of the Court via USPS Priority Mail with tracking on May 21, 2020, and a copy via United States Postal Service first class postage prepaid was mailed to the party below:

Cathy L. Granger, (CA Bar # 156453)
Wolfe & Wyman LLP
2301 Dupont Drive
Suite 300
Irvine, CA 92612
(949) 475-9200
clgranger@ww.law

*[signature]*

Pritish Vora, Plaintiff, Pro Se
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
949-292-8359
pvora2112@gmail.com

**DECLARATION IN SUPPORT OF MOTION TO DISMISS COUNTER CLAIMS**

# Exhibit A

We received your complaint.

CFPB <noreply-notice@cfpb.gov>
Fri 12/8/2017 4:10 PM
To: pritishvora@hotmail.com <pritishvora@hotmail.com>



# We received your complaint.

12/08/2017

Hello,

Thank you for your complaint 171208-2697102 about PNC BANK N.A..

Keep this communication and your complaint number so you'll be able to track your complaint throughout the complaint process.



1 Complaint submitted    2 Review and route    3 Company response    4 Complaint published    5 Consumer review

## Summary of your complaint

Complaint number: 171208-2697102
Date submitted to CFPB: 12/08/2017
Product: Credit reporting, credit repair services, or other personal consumer reports
Issue: Incorrect information on your report

## How our complaint process works.

*Here's what will happen in the next 15 to 60 days:*

STEP 1: We review your complaint. Depending on what we find, we:

- Send your complaint to the company for a response; or
- Send your complaint to the appropriate regulator or help you get in touch with your state and local consumer protection office; or
- Let you know if we need more information to continue our work.

STEP 2: We send your complaint and the documents you provided to the company. The company has **15 days** to respond and up to **60 days** to provide a final response.

STEP 3: The company reviews your complaint, communicates with you as needed, and reports back about the steps taken or that will be taken on the issues you included in your complaint.

**STEP 4:** We post the company's response on your Consumer Portal and let you know the company has responded. You can log in to view the response on the Consumer Portal at https://portal.consumerfinance.gov/consumer or call (855) 411-2372 to speak with someone. We're here to help.

We keep you informed throughout this process. You can log in to your Consumer Portal at https://portal.consumerfinance.gov/consumer to check the status of your complaint. If this is the first time you've submitted a complaint, you'll receive another email with instructions to set up the password for your Consumer Portal.

*Important...* If you submitted this complaint on behalf of someone else or you are the co-owner or authorized user on the account and you did not submit the complaint yourself you will need to contact us by calling (855) 411-2372 for questions and status updates. Only the primary owner of the account will receive access to the Consumer Portal.

Thank you,

Consumer Financial Protection Bureau
consumerfinance.gov
(855) 411-2372

*Let others know what happened...* We publish information about your complaint – such as the subject and date of the complaint – on our public Consumer Complaint Database. With your consent we also publish your description of what happened, after taking steps to remove personal information. We respect your privacy and value your participation in the complaint process!

## QUICK LINKS

*More about our complaint process:* consumerfinance.gov/complaint/ or call (855) 411-2372
*For legal assistance visit the Legal Services Corporation website:* lsc.gov
*Additional financial information and resources:* consumerfinance.gov



# Exhibit B

We received your complaint.

CFPB <noreply-notice@cfpb.gov>
Thu 3/22/2018 8:35 PM
To: pritishvora@hotmail.com <pritishvora@hotmail.com>



# We received your complaint.

03/22/2018

Hello,

Thank you for your complaint 180323-2974320 about PNC BANK N.A..

Keep this communication and your complaint number so you'll be able to track your complaint throughout the complaint process.



1 Complaint submitted
2 Review and route
3 Company response
4 Complaint published
5 Consumer review

## Summary of your complaint

Complaint number: 180323-2974320
Date submitted to CFPB: 03/23/2018
Product: Debt collection
Issue: False statements or representation

## How our complaint process works.

*Here's what will happen in the next 15 to 60 days:*

STEP 1: We review your complaint. Depending on what we find, we:

- Send your complaint to the company for a response; or
- Send your complaint to the appropriate regulator or help you get in touch with your state and local consumer protection office; or
- Let you know if we need more information to continue our work.

STEP 2: We send your complaint and the documents you provided to the company. Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

**STEP 3:** The company reviews your complaint, communicates with you as needed, and reports back about the steps taken or that will be taken on the issues you included in your complaint.

**STEP 4:** We post the company's response on your Consumer Portal and let you know the company has responded. You can log in to view the response on the Consumer Portal at https://portal.consumerfinance.gov/consumer or call (855) 411-2372 to speak with someone. We're here to help.

We keep you informed throughout this process. You can log in to your Consumer Portal at https://portal.consumerfinance.gov/consumer to check the status of your complaint. If this is the first time you've submitted a complaint, you'll receive another email with instructions to set up the password for your Consumer Portal.

*Important...* If you submitted this complaint on behalf of someone else or you are the co-owner or authorized user on the account and you did not submit the complaint yourself you will need to contact us by calling (855) 411-2372 for questions and status updates. Only the primary owner of the account will receive access to the Consumer Portal.

Thank you,

Consumer Financial Protection Bureau
consumerfinance.gov
(855) 411-2372
TTY/TDD: (855) 729-CFPB | (855) 729-2372
Federal Relay Service: www.federalrelay.us/federal-relay-services

*Let others know what happened...* We publish information about your complaint – such as the subject and date of the complaint – on our public Consumer Complaint Database. With your consent we also publish your description of what happened, after taking steps to remove personal information. We respect your privacy and value your participation in the complaint process!

QUICK LINKS
More about our complaint process: consumerfinance.gov/complaint/ or call (855) 411-2372
For legal assistance visit the Legal Services Corporation website: lsc.gov
Additional financial information and resources: consumerfinance.gov



# Exhibit C

```
X 1 B02:/NCC/LONS/CCH/CCH01APP.P 07/31/2005
Command ===>
 APPL # 019076550            NATIONAL CITY CARD SERVICES            PAGE   18
 CARD TYPE BC  UNIT          APPLICATION PROFILE - APPROVED      DATE 07/30/05
 ENTRY OPER /DATE /TIME MA OPER /DATE /TIME  OPER /DATE /TIME  OPER/ DATE /TIME
       M884 /05211/1201    M884 /05211/1203        /00000/0000       /00000/0000
                                /00000/0000        /00000/0000


  ---------------------------------------------------------------------------
 / 019076550 M884    02005211 120119 CREDIT APP ENTRY M884    02005211 120351
 /ECOA I REC-DT 0730 2005 BATCH# 00000PHONE R-ID 0208 PR-ID 60F STR VFA3
 /BR-ID 000  ID1 M884       BROVR    UPC11 54502 UPC12 000000 PRDTYP 100 CLNT ELT
 /PRAPV? Y COAP? N BT? N BT# BT01 ID2          ID3         A# M884   EMAIL? N A/P?
 /QC? Y CL   RR   RECOURSE N INS N INSDT 0000 FIELD5 SEC       MISC6
 /F PRITISH          M L VORA                  SN            N DOB
 / ADDR 1101 E TROPICANA AVE 3014 SUPL ADDR                       AGE     US? Y
 / CITY LAS VEGAS         ST NV Z 891190000 HPH 7029919987 RES X TM 0000 PMT
 / PRV               CI                ST     Z 00000 PTM 0000
 / EMP              OCCUP              TM-JOB 0000 EMPH 0000000000
 / M-INC$ 00000 OTH INC$ 00000 SOURCE        C/S Q CHK# 000000000000
 / MOTHERS MAIDEN NM          PSWD       PIN     NCB 5 SAV# 000000000000
 /USER NOTES PA 7/05 ACCT MGMT OFFER FRM EXIST SEC 4489006577001554
 / COMMENTS
 /LMT 001000 REQ-LMT 000000 SYSLMT 000000 FIELD3       FIELD4 NEW
 /ACCT# 4311966077044004 REF# 0000000000000000 CDS 01 00 TLINC$ 00000000
 /BUREAU PREFERENCE: CCC CBI TRW PTS REQD 000190 DWN N
```

# Exhibit D

**Experian** — A world of insight

Prepared for: PRITISH VORA
Date: February 13, 2017
Report number: 3517-0496-36

Page 7 of 10

our accounts in good standing (continued)

**PNC BANK, N.A.**
PO BOX 3180
PITTSBURGH PA 15230
Phone number
(269) 372-0059
Partial account number
4313 9660 7704
Address identification number
0539203044

| | | | |
|---|---|---|---|
| Date opened | Type | Credit limit or | Recent balance |
| Jul 2005 | Credit card | original amount | Not reported |
| First reported | Terms | $1,000 | |
| Aug 2005 | Not reported | High balance | |
| Date of status | Monthly | $710 | |
| Sep 2007 | payment | | |
| | Not reported | | |

Responsibility
Individual
Status
Paid, Closed/Never late.
This account is scheduled to continue on record until Sep 2017.
Comment
Account closed at consumer's request.

Payment history

| 2007 | | | | | | | | | 2006 | | | | | | | | | | | | | 2005 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | | |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | |

# Exhibit E

# AFFIDAVIT: VERIFICATION OF DEBT

The undersigned affiant, being duly sworn, deposes and states:

1. That I have the requisite knowledge of the facts regarding PNC Account number 4311 9669 0000 0926 including the original credit card agreement, account ledgers and bookkeeping entries;

2. That PNC provided FULL DISCLOSURE in the original agreement that the party who provided the funds for each promissory note(s) is to be repaid, with interest.

3. That PNC provided FULL DISCLOSURE in the original agreement that PNC used its own money, money equivalent, credit or capital, or that of other depositors, as adequate consideration to purchase the notes from the Cardholder;

4. That PNC provided FULL DISCLOSURE in the original agreement that it does not accept, receive or deposit any money, money equivalent, note, credit or capital from the Cardholder to fund a note, check or similar instrument that was used to finance/fund the charges on the alleged account;

5. That PNC provided FULL DISCLOSURE in the original agreement that it will occur financial losses and will incur damage if at least the minimum payment due is not made each month, and is attempting to collect a bona fide debt arising from services provided and/or goods sold to the Cardholder each time it sends a monthly statement of account;

6. That PNC provided FULL DISCLOSURE in the original agreement of all material facts and terms and conditions regarding the account;

7. That PNC is the holder in due course of all notes and that the notes were taken for value, in good faith, and without any notice of claims or defenses, and that any transfer of the account was made with the full knowledge and consent of all the parties; and

8. That I have personal knowledge that the Credit Card agreement and promissory notes were not altered or forged in any way.

ATTESTATION

The facts stated above are true, correct and complete.

Signed by:                              Subscribed and Sworn before me this_____
                                        Day of_____, 2_____.

_____
                                        The State of_____

                                        County of_____

_____
Print Name & Title

                                        _____
                                        Signature & Seal of Notary



FROM:
Pritish Vora
27758 Santa Mag. Pkwy
#530
Mission Viejo, CA 92691

TO:
Clerk of the Court
255 E. Temple St.
Suite TS-134
Los Angeles, CA
90012-3332