# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | SA CV 20-00366-DOC (JDEx) | Date | June 22, 2020 |
|---|---|---|---|
| Title | PRITISH VORA v. PNC BANK, N.A. | | |

**PRESENT: HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | Debbie Gale |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINITFF:

Pritish Vora, pro se

ATTORNEY PRESENT FOR DEFENDANT:

Cathy Granger
Richard Klein

**PROCEEDINGS: SCHEDULING CONFERENCE**

    Case called. The Court confers with counsel. The Scheduling Conference is not held. The parties inform the Court of a full settlement and the Court accepts the settlement. Any pending deadlines and hearings are vacated by the Court.   This case is now closed.

                                                                                    : 12

Initials of Deputy Clerk    kd

CC: